JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WHG RESTAURANT GROUP, INC., a California corporation; YNS ENTERPRISE NO. 1, LLC., a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:19-cv-01570-RGK-SHK<br><br>**[PROPOSED] ORDER DISMISSAL WITH PREJUDICE** |

[PROPOSED] ORDER
DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and WHG Restaurant Group, Inc. and YNS Enterprise No. 1, LLC ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: November 26, 2019

*[signature: Gary Klausner]*

UNITED STATES DISTRICT COURT JUDGE